UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHELDON PITTMAN,

    Plaintiff,

v.                                         Case No.: 8:20-cv-533-T-AAS

ANDREW M. SAUL,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

The Commissioner of Social Security (Commissioner) moves to remand this case for further action under sentence four of 42 U.S.C. § 405(g). (Doc. 23). This request is unopposed. (*Id.* at p. 1).

Accordingly, the decision of the Commissioner is reversed under sentence four of 42 U.S.C. § 405(g) and remanded to the Commissioner for these reasons:

> The Commissioner will further clarification of any conflicts between the testimony of the vocational expert and the Dictionary of Occupational Titles.
>
> The agency will update the record as necessary, obtain supplemental evidence from a vocational expert, clarify any conflicts between the testimony of the vocational expert and the Dictionary of Occupational Titles, and articulate any such conflicts in the decision, offer claimant the opportunity for a hearing, take any further action needed to complete the administrative record

and issue a new decision.

The Clerk of the Court is directed to enter judgment in favor of the plaintiff and close the file.

**ORDERED** in Tampa, Florida on January 22, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge